AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

---OFFENSE CHARGED---

42 U.S.C. § 408(a)(5) - Social Security Representative Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 5 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---DEFENDANT - U.S---
▶ ETHAN ALLEN BERRY

DISTRICT COURT NUMBER
CR08-0233 DLJ

FILED
APR - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---PROCEEDING---

Name of Complaintant Agency, or Person (& Title, if any)
SOCIAL SECURITY ADMINISTRATION - OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   CHINHAYI J. COLEMAN, AUSA

---DEFENDANT---

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

**CR08-0233** DLJ

ETHAN ALLEN BERRY,

DEFENDANT(S).

---

## INDICTMENT

42 U.S.C. § 408(a)(5) - Social Security Representative Fraud

A true bill.

_____
Foreman

Filed in open court this 9 day of
APRIL 2008

_____
Clerk

Bail, $ No bail arrest warrant.
4-9-08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-0233 DLJ |
| Plaintiff, | VIOLATION: Title 42, United States Code, Section 408(a)(5) - Social Security Representative Fraud |
| v. | |
| ETHAN ALLEN BERRY, | OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

Beginning in or about May 2005, and continuing until in or about November 2006, in the Northern District of California, the defendant,

ETHAN ALLEN BERRY,

having made application to receive payment under Title 42, Chapter 7, Subchapter II for the use and benefit of another, namely, his minor son, and having received such payment, namely, approximately $53,541 in Child Insurance Benefit payments, did knowingly and willfully convert such payment, and any part of such payment, to a use other than for the use and benefit of such

INDICTMENT

other person, all in violation of Title 42, United States Code, Section 408(a)(5).

DATED: April 9, 2008

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W/ DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
CHINHAYI J. COLEMAN
Assistant United States Attorney

INDICTMENT