JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CASBN 194542)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637–3924
    Facsimile (510) 637-3724
    chinhayi.j.coleman@usdoj.gov

Attorneys for Plaintiff

FILED

2008 APR -9 PM 4: 34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ETHAN ALLEN BERRY,<br><br>    Defendant. | NO. CR08-0233 DLJ<br><br>SEALING APPLICATION AND<br>SEALING ORDER |

    The United States requests that the Indictment, Penalty Sheet and Arrest Warrant in the above-captioned case filed with the Court on April 9, 2008, be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the aforementioned documents to the U.S. Attorney's Office). The reason for this request is to facilitate the arrest of the defendant. Revealing the Indictment and related documents may compromise the arrest of the defendant.

////

////

////

SEALING APPLICATION AND ORDER

Document No.
District Court
Criminal Case Processing

1  WHEREFORE, I respectfully request that the Court issue an Order granting this
2  Application.

3

4  DATED: April 8, 2008                     Respectfully submitted,

5                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
6

7

8                                           CHINHAYI J. COLEMAN
                                            Assistant United States Attorney
9

10                                     **ORDER**

11     On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed
12  with the Court on April 9, 2008, shall be filed under seal until further order of the Court (except
13  that the Clerk's office may provide a copy of the aforementioned documents to the U.S.
14  Attorney's Office).

15     IT IS SO ORDERED.

16

17  DATED: 4-9-08

18                                           WAYNE D. BRAZIL
                                             UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

SEALING APPLICATION AND ORDER           -2-