1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant BERRY

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           )   No. CR-08-00233 DLJ
11                                     )
                   Plaintiff,          )   **STIPULATION AND ORDER**
12                                     )   **CONTINUING STATUS HEARING**
   vs.                                 )
13                                     )   Hearing Date: May 16, 2008
   ETHAN BERRY,                        )   Requested Date: June 6, 2008
14                                     )
                   Defendant.          )
15  _____    )

16

17      It is hereby stipulated that the STATUS hearing date of May 16, 2008 be continued to

18  June 6, 2008 at 9:00 a.m. In addition, the parties stipulate and agree that time should be

19  excluded between May 16, 2008 until June 6, 2008 because the counsel for Mr. Berry needs

20  time to review the discovery in this case. This is a new case. Mr. Berry was arraigned on April

21  15, 2008, and government counsel produced discovery shortly thereafter. Because counsel for

22  Mr. Berry recently received the discovery in this fraud case, she needs time to review these

23  materials and to meet with Mr. Berry. Additionally, last month counsel for Mr. Berry began

24  working in the Oakland office of the Federal Public Defender, and shortly after counsel began

25  working in the office, over 20 cases were reassigned to her. Although counsel for Mr. Berry

26  picked up this case on a duty day, given the large and new caseload counsel was given when she

began in the office, she needs more time to prepare her client's cases, including Mr. Berry's.

The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Time should therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Date: May 14, 2008

/s/
ANGELA M. HANSEN
Assistant Federal Public Defender

Date: May 14, 2008

/s/
CHINHAYI COLEMAN
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.     /S/ ANGELA M. HANSEN
Counsel for Defendant

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Stip to Continue, 08-00233 DLJ                               2

//
//

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding because defense counsel needs additional time to review the discovery in this case.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of May 16, 2008 be continued to June 6, 2008 at 9:00 a.m. and that time be excluded from May 16, 2008 to June 6, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

_May 15, 2008_  
Date

_____  
Honorable D. Lowell Jensen  
United States District Judge