1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-00233 DLJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) | **ORDER MODIFYING CONDITIONS OF** |
|  | ) | **PRETRIAL RELEASE** |
| ETHAN BERRY, | ) |  |
| Defendant. | ) | **The Honorable Wayne D. Brazil** |

Defendant, Ethan Berry, through his counsel, Assistant Federal Public Defender Angela M. Hansen, respectfully requests that the conditions of his release previously set by the Court on April 15, 2008, be permanently modified to permit Mr. Berry to travel outside of the district into Sacramento and Solano Counties. Mr. Berry's extended family lives in Sacramento County and his mother and doctor are in Solano County.

Additionally, Mr. Berry further requests that the Court modify the conditions of his release to allow him to travel to San Diego, California from June 24 through and including June 26, 2008, for a short vacation there with a family member visiting from out-of-town. A week before his trip, Mr. Berry will give his pretrial services officer, Ms. Michelle Nero, a full itinerary including the location and phone number of the place where he will be staying.

Travel Stipulation, 08-00233 DLJ            1

1     Assistant United States Attorney Chinhayi Coleman has no objection to these two
2 requests and agrees to the proposed stipulation. Pretrial Services Officer Michelle Nero has been
3 notified and also has no objections to either request. It is further stipulated that all other
4 conditions of release shall remain in full force and effect.

5

6 Date: May 20, 2008         /s/
        ANGELA M. HANSEN
        Assistant Federal Public Defender

7

8 Date: May 20, 2008         /s/
        CHINHAYI COLEMAN
9         Assistant United States Attorney

10

11     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.    /S/ ANGELA M. HANSEN
        Counsel for Defendant

12 //
13 //
//
14 //
//
15 //
//
16 //
//
17 //
//
18 //
//
19 //
//
20 //
//
21 //
//
22 //
//
23 //
//
24 //

25

26

Travel Stipulation, 08-00233 DLJ         2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ETHAN BERRY,<br><br>             Defendant. | No. CR-08-00233 DLJ<br><br>**[PROPOSED] ORDER MODIFYING**<br>**CONDITIONS OF PRETRIAL RELEASE**<br><br>**The Honorable Wayne D. Brazil** |

   GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on April 15, 2008, are permanently modified to permit Mr. Ethan Berry to travel to Sacramento and Solano Counties. The conditions of Mr. Berry's release are further modified to allow him to travel to San Diego, California from June 24 through and including June 26, 2008. Mr. Berry is required to give his pretrial Services Officer a full itinerary one week before his trip.

   IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

_____         _____
Date                                           WAYNE D. BRAZIL
                                                  United States Magistrate Judge

Travel Stipulation, 08-00233 DLJ                    3