1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant BERRY

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,         )   No. CR-08-00233 DLJ
11                                   )
                      Plaintiff,     )   **STIPULATION AND ORDER**
12                                   )   **MODIFYING CONDITIONS OF**
   vs.                               )   **PRETRIAL RELEASE**
13                                   )
   ETHAN BERRY,                      )
14                                   )   **The Honorable Wayne D. Brazil**
                      Defendant.     )
15 _____ )

16

17        Defendant, Ethan Berry, through his counsel, Assistant Federal Public Defender Angela

18 M. Hansen, respectfully requests that the conditions of his release previously set by the Court on

19 April 15, 2008, be permanently modified to permit Mr. Berry to travel outside of the district into

20 Sacramento and Solano Counties. Mr. Berry's extended family lives in Sacramento County and

21 his mother and doctor are in Solano County.

22        Additionally, Mr. Berry further requests that the Court modify the conditions of his

23 release to allow him to travel to San Diego, California from June 24 through and including June

24 26, 2008, for a short vacation there with a family member visiting from out-of-town. A week

25 before his trip, Mr. Berry will give his pretrial services officer, Ms. Michelle Nero, a full

26 itinerary including the location and phone number of the place where he will be staying.

   Travel Stipulation, 08-00233 DLJ              1

1  Assistant United States Attorney Chinhayi Coleman has no objection to these two
2 requests and agrees to the proposed stipulation. Pretrial Services Officer Michelle Nero has been
3 notified and also has no objections to either request. It is further stipulated that all other
4 conditions of release shall remain in full force and effect.

5
6 Date: May 20, 2008      /s/
ANGELA M. HANSEN
Assistant Federal Public Defender
7

8
Date: May 20, 2008      /s/
CHINHAYI COLEMAN
9 Assistant United States Attorney

10
I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
11 within this efiled document.      /S/ ANGELA M. HANSEN
Counsel for Defendant
12
//
13 //
//
14 //
//
15 //
//
16 //
//
17 //
//
18 //
//
19 //
//
20 //
//
21 //
//
22 //
//
23 //
//
24 //

25

26

Travel Stipulation, 08-00233 DLJ                2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR-08-00233 DLJ |
| )                                       Plaintiff,           ) | **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| vs.                                                      ) | |
| ETHAN BERRY,                                    ) | **The Honorable Wayne D. Brazil** |
| )                                       Defendant.      ) | |

    GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on April 15, 2008, are permanently modified to permit Mr. Ethan Berry to travel to Sacramento and Solano Counties. The conditions of Mr. Berry's release are further modified to allow him to travel to San Diego, California from June 24 through and including June 26, 2008. Mr. Berry is required to give his pretrial Services Officer a full itinerary one week before his trip.

    IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

_May 23, 2008_  
Date

_Wayne D. Brazil_  
WAYNE D. BRAZIL  
United States Magistrate Judge

Travel Stipulation, 08-00233 DLJ                        3