BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>            Plaintiff, )<br>  )<br>vs. )<br>  )<br>ETHAN BERRY, )<br>  )<br>            Defendant. )<br>_____ ) | No. CR-08-00233 DLJ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>HEARING**<br><br>Hearing Date: June 6, 2008<br>Requested Date: June 27, 2008 |

It is hereby stipulated that the STATUS hearing date of June 6, 2008 be continued to June 27, 2008 at 9:00 a.m. In addition, the parties stipulate and agree that time should be excluded between June 6, 2008 until June 27, 2008 because the counsel for Mr. Berry needs time to finish reviewing the discovery in this case and to meet with her client. This is a fraud case. Mr. Berry was arraigned on April 15, 2008, and government counsel produced discovery to the defense shortly thereafter. Defense counsel has begun working on this case and now needs time to consult with Mr. Berry regarding whether he should file motions, proceed to trial or enter into a plea. Additionally, in mid-April counsel for Mr. Berry began working in the Oakland office of the Federal Public Defender, and, at the time, 20 cases were reassigned to her. Although counsel for Mr. Berry picked up this case on a duty day, given the large and new caseload counsel was

1  given when she began in the office, she needs more time to prepare her client's cases, including
2  Mr. Berry's.
3      The parties agree that the ends of justice served by the continuance requested herein
4  outweigh the best interest of the public and the defendant in a speedy trial because the failure to
5  grant the continuance would deny counsel for the defendant the reasonable time necessary for
6  effective preparation, taking into account the exercise of due diligence.  Time should therefore be
7  excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

8

9  Date:   June 4, 2008                    /s/
                                            ANGELA M. HANSEN
                                            Assistant Federal Public Defender
10

11                                           /s/
    Date:   June 4, 2008                    CHINHAYI COLEMAN
12                                           Assistant United States Attorney

13

        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
14  within this efiled document.             /S/ ANGELA M. HANSEN
                                            Counsel for Defendant
15
    //
16  //
    //
17  //
    //
18  //
    //
19  //
    //
20  //
    //
21  //
    //
22  //
    //
23  //
    //
24  //
    //
25  //
    //
26  //

Stip to Continue, 08-00233 DLJ                    2

1  //
2  //
   //

3
4                                         **ORDER**

5       Based on the reasons provided in the stipulation of the parties above, the Court hereby
6  finds that the ends of justice served by the continuance requested herein outweigh the best
7  interest of the public and the defendant in a speedy trial because the failure to grant the
8  continuance would deny the counsel for the defendant the reasonable time necessary for effective
9  preparation, taking into account the exercise of due diligence.  The Court makes this finding
10 because defense counsel needs additional time to review the discovery in this case.
11      Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of
12 June 6, 2008 be continued to June 27, 2008 at 9:00 a.m. and that time be excluded from June 6,
13 2008 to June 27, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).
14      IT IS SO ORDERED.

15
16  _____                    _____
    Date                                      Honorable D. Lowell Jensen
17                                            United States District Judge

18
19
20
21
22
23
24
25
26

Stip to Continue, 08-00233 DLJ                    3