UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  6/6/08

**Clerk: Frances Stone**
**Court Reporter: DIANE SKILLMAN**

**Plaintiff:**  United States

**v.**                                                                  **No.**  CR-08-00233-DLJ

**Defendant:** Ethan Allen Berry [present; not in custody]

**Appearances for AUSA:** Chinhayi Coleman

**Appearances for Defendant:** Colleen Martin for Angela Hansen

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
Setting/Stat                       -HELD

**Notes:**

**Case Continued to**   8/22/08 AT 9:00AM            for  STATUS

**Case Continued to:**       for
**Case Continued to:**       for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                    for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:  6/6/08        Ends: 8/22/08**