1 | BARRY J. PORTMAN
Federal Public Defender
2 | ANGELA M. HANSEN
Assistant Federal Public Defender
3 | 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500

5 | Counsel for Defendant BERRY

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

| UNITED STATES OF AMERICA, | ) | No. CR-08-00233 DLJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER MODIFYING CONDITIONS OF** |
| vs. | ) | **PRETRIAL RELEASE** |
| | ) | |
| ETHAN BERRY, | ) | |
| | ) | **The Honorable Wayne D. Brazil** |
| Defendant. | ) | |
| _____ | ) | |

16

17    Defendant, Ethan Berry, through his counsel, Assistant Federal Public Defender Angela

18 M. Hansen, respectfully requests that the conditions of his release previously set by the Court on

19 April 15, 2008, be modified to allow him to travel to Atlanta, Georgia from July 30 through and

20 including August 20, 2008. Mr. Berry is traveling to Atlanta to plan, coordinate and to attend a

21 family reunion there. A week before his trip, Mr. Berry will give his Pretrial Services Officer,

22 Ms. Michelle Nero, a full itinerary including the location and phone number of the place where

23 he will be staying.

24    Pretrial Services Officer Nero informed defense counsel that she has approved Mr.

25 Berry's travel to Atlanta between July 30 and August 20, 2008. Assistant United States Attorney

26 Chinhayi Coleman has no objection to this travel request, and both parties agree that all other

Travel Stipulation, 08-00233 DLJ                         1

1 conditions of Mr. Berry's pretrial release shall remain in full force and effect.

/S/
_____
Date:   July 22, 2008          ANGELA M. HANSEN
                                Assistant Federal Public Defender

/S/
_____
Date:   July 22, 2008          CHINHAYI COLEMAN
                                Assistant United States Attorney

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ ANGELA M. HANSEN
                                                                Counsel for Defendant

Travel Stipulation, 08-00233 DLJ                               2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ETHAN BERRY,<br><br>    Defendant. | No. CR-08-00233 DLJ<br><br>**[PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**<br><br>**The Honorable Wayne D. Brazil** |

    GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on April 15, 2008, are modified to allow Mr. Berry to travel to Atlanta, Georgia from July 30 through and including August 20, 2008. Mr. Berry is required to give his Pretrial Services Officer a full itinerary one week before his trip.

    IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

_____    _____
Date                                                     WAYNE D. BRAZIL
                                                              United States Magistrate Judge

Travel Stipulation, 08-00233 DLJ                                   3