FILED
JUL 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00233 DLJ |
| Plaintiff, | [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| ETHAN BERRY, | The Honorable Wayne D. Brazil |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on April 15, 2008, are modified to allow Mr. Berry to travel to Atlanta, Georgia from July 30 through and including August 20, 2008. Mr. Berry is required to give his Pretrial Services Officer a full itinerary one week before his trip.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

7-24-08
Date

_/s/ Wayne D. Brazil_
WAYNE D. BRAZIL
United States Magistrate Judge

Travel Stipulation, 08-00233 DLJ             3