UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America )<br>                Plaintiff(s), )<br>        -V- )<br>                  )<br>Ethan Allen Barry )<br>                Defendant(s), ) | CASE NO. CR-08-00233-DLJ<br><br>NOTICE of Change of Hearing Date |

TO:

**Chinhayi J. Coleman**
US Attorney's Office, Northern District
1301 Clay Street, Suite 340S
Oakland, CA 94612-5217

**Angela Milella Hansen**
Federal Public Defender's Office
555 - 12th Street, Suite 650
Oakland, CA 94607

      YOU ARE HEREBY NOTIFIED THAT a Status Conference in the above entitled case was previously set for 8/22/08 at 9:00AM before Judge D. Lowell Jensen. That is now an UNAVAILABLE date for the Court. The 8/22/08 date is VACATED. A Status Conference will be held on **Friday, August 29, 2008 at 9:00AM before Judge D. Lowell Jensen** in Dept. 1, 4th Floor at 1301 Clay Street, Oakland, California.

Dated: July 29, 2008

By: *Frances Stone*

Frances Stone

Clerk to Hon. D. Lowell Jensen