## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### Criminal Pretrial Minute Order
### JUDGE D. LOWELL JENSEN
Date:  August 29, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

v.                                                            **No.** CR-08-00233-DLJ

**Defendant:** Ethan Allen Berry[present; not in custody]

**Appearances for AUSA:** Chinhayi Coleman

**Appearances for Defendant:** Angela Hansen

**Interpreter:**
**Probation Officer:**

**Reason for Hearing:**           **Ruling:**
STATUS                             -HELD

**Notes:**  Refer case to WDB for Criminal Settlement Conference

**Case Continued to  9/26/08 at 9:00AM  for  STATUS**

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                  for Pretrial Conference

**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins: 8/29/08       Ends: 9/26/08**

CC: WDB/IVY