**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   United States of America,                    No. CR-08-00233-DLJ

12                 Plaintiff,                      **ORDER**

13       v.

14   Ethan Allen Berry,

15                 Defendant.
                                              /
16   ————————————————————————

17

18          The above entitled case is referred to Magistrate Judge Wayne D. Brazil for the

19   purposes of holding a criminal settlement conference.

20          **IT IS SO ORDERED.**

21

22   Dated: August 29, 2008                   _____

23                                            D. Lowell Jensen
                                              UNITED STATES DISTRICT JUDGE
24

25

26   CC: Ivy/WDB
           Wings Hom
27         Counsel via ECF

28