1  Patrick D. Robbins (State Bar No. 152288)
   Morgan L. Hector (State Bar No. 246573)
2  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
3  San Francisco, CA 94105-2723
   Telephone:   (415) 616-1100
4  Facsimile:    (415) 616-1199
   Email:    probbins@shearman.com
5             morgan.hector@shearman.com

6  Attorneys for Defendant
   Ethan Berry
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,           | Case No.: CR-08-00233 DLJ
11 |            Plaintiff,               | STIPULATION AND ORDER CONTINUING
12 |       v.                            | STATUS HEARING
13 | ETHAN BERRY,                        | Hearing Date:    April 3, 2009
                                         | Requested Date:  April 10, 2009
14 |            Defendant.

15

16         It is hereby stipulated that the STATUS hearing date of April 3, 2009 be continued

17 to April 10, 2009 at 9:00 a.m.  In addition, the parties stipulate and agree that time should be

18 excluded between April 3, 2009 until April 10, 2009 because counsel for Mr. Berry needs time to

19 finish reviewing the file in this case and to meet with his client.  Defense counsel was just recently

20 substituted as counsel in this case on March 6, 2009 and needs additional time to review the file and

21 consult with Mr. Berry regarding how best to proceed in the matter.

22         The parties agree that the ends of justice served by the continuance requested herein

23 outweigh the best interests of the public and the defendant in a speedy trial because the failure to

24 grant the continuance would deny counsel for the defendant the reasonable time necessary for

25 effective preparation, taking into account the exercise of due diligence.  Time should therefore be

26 excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (b)(iv).

27

28

STIP AND [PROPOSED] ORDER                                   Case No.:  CR-08-00233 DLJ
CONT. STATUS HEARING                                                              278541

1  Dated: March 30, 2009                              /s/
                                                     Patrick D. Robbins
2                                                    Counsel for Ethan Berry

3

4
   Dated: March 30, 2009                              /s/
5                                                    CHINHAYI COLEMAN
                                                     Assistant United States Attorney
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER                              Case No.: CR-08-00233 DLJ
CONT. STATUS HEARING                                                        278541

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because defense counsel needs additional time to review the file in this case.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of April 3, 2009 be continued to April 10, 2009 at 9:00 a.m. and that time be excluded from April 3, 2009 to April 10, 2009 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

March 31, 2009
Date

Honorable D. Lowell Jensen
United States District Court