| | |
|---|---|
| 1 | Patrick D. Robbins (State Bar No. 152288) |
| | Morgan L. Hector (State Bar No. 246573) |
| 2 | SHEARMAN & STERLING LLP |
| | 525 Market Street, Suite 1500 |
| 3 | San Francisco, CA 94105-2723 |
| | Telephone:   (415) 616-1100 |
| 4 | Facsimile:    (415) 616-1199 |
| | Email:     probbins@shearman.com |
| 5 | morgan.hector@shearman.com |
| 6 | Attorneys for Defendant |
| | Ethan Berry |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR-08-00233 DLJ |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| ETHAN BERRY, | |
| Defendant. | |

The parties appeared before the Court by teleconference on October 20, 2009. The parties confirmed that the United States has recently produced additional discovery which is material to the defense. Defense counsel informed the Court that given the nature of the new discovery, defendant requires additional time to review the material, to conduct relevant investigation, and to prepare adequately for trial. At defendant's request and with no objection from the United States, the Court re-set trial in the matter to begin December 7, 2009, and re-set the Pretrial Hearing for November 20, 2009, at 11:00 a.m.

In light of the above, the parties agree and stipulate that time should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq., for the period between October 20, 2009 and December 7, 2009. The parties further agree and stipulate that the ends of justice served by the continuance of the trial in this matter outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant the continuance would deny counsel for the defendant the

1  reasonable time necessary for effective preparation, taking into account the exercise of due
2  diligence.  Time should therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
3
4  Dated:   October 21, 2009                             /s/ Patrick D. Robbins
                                                        Patrick D. Robbins
5                                                       Counsel for Ethan Berry
6
7              I, Patrick D. Robbins, am the ECF User whose ID and password are being used to file
8  this stipulation and proposed order.  In compliance with General Order 45, X.B., I hereby attest that
9  the signatory identified below has concurred in this filing.
10
11 Dated:   October 21, 2009                                    /s/
                                                        DOMINIQUE THOMAS
12                                                      CHRISTINA MCCALL
                                                        Assistant United States Attorneys
13

**ORDER**

Based on the reasons provided at the status conference held by telephone on October 20, 2009, and the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance of the trial in this matter outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because defense counsel needs additional time to review the file in this case.

Based on these findings, IT IS HEREBY ORDERED that time be excluded from October 20, 2009 to December 7, 2009, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

October 22, 2009
Date

Honorable D. Lowell Jensen
United States District Court