Patrick D. Robbins (State Bar No. 152288)
Morgan L. Hector (State Bar No. 246573)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile:  (415) 616-1199
Email:       probbins@shearman.com
             morgan.hector@shearman.com

Attorneys for Defendant
Ethan Berry

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ETHAN BERRY,<br><br>                    Defendant. | Case No.:  CR-08-00233-DLJ<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>Place:   Courtroom No.<br>Judge:   Hon. D. Lowell Jensen |

WHEREAS, on December 11, 2009, defendant Ethan Berry was found guilty by a jury of violating 42 U.S.C. Section 408(a)(5); and

WHEREAS, following the return of the guilty verdict in the above-captioned matter, this Court instructed the parties to agree upon a briefing schedule for any post-trial motions,

IT IS HEREBY STIPULATED, by and through counsel for plaintiff United States and defendant, that the following briefing schedule will govern any Motion for Judgment of Acquittal or Motion for a New Trial that defendant may file under Federal Rules of Criminal Procedure 29 or 33:

January 22, 2010:   Any Motion for Judgment for Acquittal or Motion for a New Trial to be filed by Defendant Ethan Berry.

February 12, 2010:  Opposition by the United States to be filed.

1  February 19, 2010:     Reply by Mr. Berry to be filed.

2  February 26, 2010 at 11:00AM:  Hearing on any motion(s) filed in accordance with this

3  stipulation.

4

5  Dated:   December 15, 2009                     /s/ Patrick D. Robbins
                                                PATRICK D. ROBBINS
6                                               Counsel for Ethan Berry

7

8  Dated:   December 15, 2009                     /s/ Christina McCall
                                                CHRISTINA MCCALL
9                                               Assistant United States Attorney

| | |
|---|---|
| 1 | |

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED THAT (i) briefing with respect to any Motion filed by Defendant Ethan Berry under Federal Rules of Criminal Procedure 29 or 33 will occur under the schedule stipulated by the parties, and (ii) any such Motion will be heard by this Court on February 26, 2010 at 11:00am, or as soon thereafter as the matter may be heard.

Dated: __December 15__, 2009

_____
Hon. D. Lowell Jensen
United States District Court

1 | ATTESTATION PURSUANT TO GENERAL ORDER 45

2 |     I, Morgan L. Hector, attest that concurrence in the filing of this document has been

3 | obtained from each of the signatories.  I declare under penalty of perjury under the laws of the

4 | United States of America that the foregoing is true and correct.  Executed this 15th day of

5 | December, 2009, at San Francisco, California.

 

                                    By:          /s/ Morgan L. Hector
                                                Morgan L. Hector

Counsel for Ethan Berry

STIP AND [PROPOSED] ORDER          4          CASE NO.: CR-08-00233-DLJ

283398