Patrick D. Robbins (State Bar No. 152288)
Morgan L. Hector (State Bar No. 246573)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:      probbins@shearman.com
            morgan.hector@shearman.com

Attorneys for Defendant
Ethan Berry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ETHAN BERRY,<br><br>               Defendant. | Case No.: CR-08-00233-DLJ<br><br><br>STIPULATION AND ORDER<br><br><br>Place:   Courtroom No.<br>Judge:   Hon. D. Lowell Jensen |

1 | WHEREAS, sentencing in this matter is currently set for March 19, 2010, at 10:00 a.m.;

2 | WHEREAS, counsel for Ethan Berry has developed a conflict on that date and is no longer able to attend the scheduled date for sentencing; and

WHEREAS, defendant Ethan Berry has acknowledged the agreement of counsel to change the date for sentencing to April 9, 2010 at 10:00 a.m.,

IT IS HEREBY STIPULATED, by and through counsel for plaintiff United States and defendant, that the date for sentencing be changed to April 9, 2010 at 10:00 a.m.

Dated: January 13, 2010           /s/ Patrick D. Robbins
                                  PATRICK D. ROBBINS
                                  Counsel for Ethan Berry


Dated: January 13, 2010           /s/ Christina McCall
                                  CHRISTINA MCCALL
                                  Assistant United States Attorney

STIP AND [PROPOSED] ORDER            1            CASE NO.: CR-08-00233-DLJ
                                                  283714

1
2
3
4
5
6
7
...
28

ORDER

PURSUANT TO STIPULATION, IT IS ORDERED THAT sentencing is set for April 9, 2010 at 10:00 a.m.

Dated: January 14, 2010

_____
Hon. D. Lowell Jensen
United States District Court

STIP AND [PROPOSED] ORDER            2            CASE NO.:  CR-08-00233-DLJ
283714

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ATTESTATION PURSUANT TO GENERAL ORDER 45</u>

I, Morgan L. Hector, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 13th day of January, 2010, at San Francisco, California.

By: <u>     /s/ Morgan L. Hector     </u>
　　　　　Morgan L. Hector

Counsel for Ethan Berry