Patrick D. Robbins (State Bar No. 152288)
Morgan L. Hector (State Bar No. 246573)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile:  (415) 616-1199
Email:       probbins@shearman.com
                  morgan.hector@shearman.com

Attorneys for Defendant
Ethan Berry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>        v.<br><br>ETHAN BERRY,<br><br>                            Defendant. | Case No.:  CR-08-00233<br><br><br>STIPULATION AND ORDER<br><br><br>Place:    Courtroom No. to be designated<br>Judge:   Hon. D. Lowell Jensen |

   WHEREAS, the hearing for defendant Ethan Berry's Motion for Judgment of Acquittal and Motion for a New Trial is currently set for February 26, 2010;

   WHEREAS, counsel for Ethan Berry has developed a conflict on that date and is no longer able to attend the scheduled date for the hearing; and

   WHEREAS, counsel for the United States has requested additional time to draft and file its Opposition to Mr. Berry's Motion for Judgment of Acquittal and Motion for a New Trial;

   IT IS HEREBY STIPULATED, by and through counsel for plaintiff United States and defendant, that the following briefing schedule will govern defendant Ethan Berry's Motion for Judgment of Acquittal and Motion for a New Trial:

   February 22, 2010:   Opposition by the United States to be filed.

   March 5, 2010:          Reply by Mr. Berry to be filed.

| | | |
|---|---|---|
| 1 | March 12, 2010: at 11:00 AM | Hearing on Mr. Berry's Motion for Judgment of Acquittal and Motion for a New Trial. |

Dated:   February 10, 2010        /s/ Patrick D. Robbins
                                  PATRICK D. ROBBINS
                                  Counsel for Ethan Berry

Dated:   February 10, 2010        /s/ Christina McCall
                                  CHRISTINA MCCALL
                                  Assistant United States Attorney

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS ORDERED THAT (i) briefing with respect to Defendant Ethan Berry's motions under Federal Rules of Criminal Procedure 29 or 33 will occur under the schedule stipulated by the parties, and (ii) Defendant Ethan Berry's Motions will be heard by this Court on March 12, 2010, or as soon thereafter as the matter may be heard.

Dated: February 11, 2010

_____
Hon. D. Lowell Jensen
United States District Judge

<u>ATTESTATION PURSUANT TO GENERAL ORDER 45</u>

    I, Morgan L. Hector, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 10th day of February, 2010, at San Francisco, California.

By: <u>   /s/ Morgan L. Hector   </u>
        Morgan L. Hector

Counsel for Ethan Berry