1  Patrick D. Robbins (State Bar No. 152288)
   Mikael A. Abye (State Bar No. 233458)
2  Jared R. Sams (State Bar No. 251922)
   SHEARMAN & STERLING LLP
3  525 Market Street, Suite 1500
   San Francisco, CA 94105-2723
4  Telephone: (415) 616-1100
   Facsimile: (415) 616-1199
5  Email:    probbins@shearman.com
             mabye@shearman.com
6            jared.sams@shearman.com

7  Attorneys for Defendant
   Ethan Berry
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12 | UNITED STATES OF AMERICA, | Case No.: CR-08-00233 DLJ |
|---|---|
13 | Plaintiff, | STIPULATION AND ORDER CONTINUING DATE OF <u>SENTENCING HEARING</u> |
14 | v. | |
15 | ETHAN BERRY, | |
16 | Defendant. | |

18     Defendant Ethan Berry, by and through his counsel, Patrick D. Robbins; and the

19 United States, by and through its attorney, Christina M. McCall, Assistant United States Attorney,

20 hereby stipulate and agree as follows:

21     1.     Mr. Berry has been found guilty of one count of converting social security

22 benefit funds in violation of 42 U.S.C. § 408(a)(5) and is currently scheduled to be sentenced by

23 the Court on April 9, 2010.

24     2.     Mr. Berry's counsel represents that he needs additional time in order to

25 effectively represent Mr. Berry at sentencing.  Among other things, Mr. Berry's counsel requires

26 additional time to obtain medical records and information relating to Mr. Berry's disability and

27 medical treatment, as well as the impact of various sentencing options on Mr. Berry's medical

28 condition.

1     3.     Accordingly, the parties stipulate and respectfully request that the Court order that the sentencing hearing set for April 9, 2010 at 10:00 a.m. be continued until April 30, 2010 at 10:00 a.m.

4.     The U.S. Probation Officer assigned to this matter has been advised of and agrees to this date.

IT IS SO STIPULATED.

Dated: March 25, 2010                    Respectfully submitted,


                                         By:   /s/Patrick D. Robbins
                                                Patrick D. Robbins
                                                Attorney for Defendant Ethan Berry


Dated: March 25, 2010                    Respectfully submitted,


                                         By:   /s/Christina M. McCall*
                                                Christina M. McCall
                                                Assistant United States Attorney

ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the sentencing hearing set for April 9, 2010, is continued until April 30, 2010 at 10:00 a.m. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 26 , 2010                   _____
                                         THE HONORABLE D. LOWELL JENSEN
                                         United States District Court Judge


\*     Attestation: Per General Order 45, Section X.B, I hereby attest that I have obtained written concurrence from Ms. McCall with regard to the filing of this document.
                                                /s/Patrick D. Robbins
                                                Patrick D. Robbins