Patrick D. Robbins (State Bar No. 152288)
Mikael A. Abye (State Bar No. 233458)
Jared R. Sams (State Bar No. 251922)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:    probbins@shearman.com
          mabye@shearman.com
          jared.sams@shearman.com

Attorneys for Defendant
Ethan Berry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-08-00233 DLJ |
| Plaintiff, | STIPULATION AND ORDER CONTINUING DATE OF <u>SENTENCING HEARING</u> |
| v. | |
| ETHAN BERRY, | |
| Defendant. | |

      Defendant Ethan Berry, by and through his counsel, Patrick D. Robbins; and the United States, by and through its attorney, Christina M. McCall, Assistant United States Attorney, hereby stipulate and agree as follows:

      1.     Mr. Berry has been found guilty of one count of converting Social Security benefit funds in violation of 42 U.S.C. § 408(a)(5) and is currently scheduled to be sentenced by the Court on April 30, 2010.

      2.     Mr. Berry's counsel represents that he needs additional time in order to effectively represent Mr. Berry at sentencing. Among other things, Mr. Berry's counsel requires additional time to obtain medical records and information relating to Mr. Berry's disability and medical treatment, as well as the impact of various sentencing options on Mr. Berry's medical condition.

3. Accordingly, the parties stipulate and respectfully request that the Court order that (i) the sentencing hearing set for April 30, 2010 at 10:00 a.m. be continued until June 11, 2010 at 10:00 a.m.; and (ii) the parties' sentencing memoranda be filed on or before June 4, 2010.

4. The U.S. Probation Officer assigned to this matter has been advised of and agrees to continuing the hearing date to June 11, 2010 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: April 21, 2010                Respectfully submitted,


By:   /s/Patrick D. Robbins
      Patrick D. Robbins
      Attorney for Defendant Ethan Berry

Dated: April 21, 2010                Respectfully submitted,


By:   /s/Christina M. McCall*
      Christina M. McCall
      Assistant United States Attorney

## ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the sentencing hearing set for April 30, 2010, is continued until June 11, 2010 at 10:00 a.m. and the parties' sentencing memoranda are to be filed on or before June 4, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 23, 2010
                                     _____
                                     THE HONORABLE D. LOWELL JENSEN
                                     United States District Court Judge

\*   Attestation: Per General Order 45, Section X.B, I hereby attest that I have obtained written concurrence from Ms. McCall with regard to the filing of this document.

       /s/Patrick D. Robbins
       Patrick D. Robbins