1  Patrick D. Robbins (State Bar No. 152288)
   Mikael A. Abye (State Bar No. 233458)
2  Jared R. Sams (State Bar No. 251922)
   SHEARMAN & STERLING LLP
3  525 Market Street, Suite 1500
   San Francisco, CA 94105-2723
4  Telephone: (415) 616-1100
   Facsimile: (415) 616-1199
5  Email:    probbins@shearman.com
             mabye@shearman.com
6            jared.sams@shearman.com

7  Attorneys for Defendant
   Ethan Berry
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 | UNITED STATES OF AMERICA, | Case No.: CR-08-00233 DLJ |
13 | Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE OF SENTENCING HEARING |
14 | v. | |
15 | ETHAN BERRY, | |
16 | Defendant. | |

18         Defendant Ethan Berry, by and through his counsel, Patrick D. Robbins; and the

19 United States, by and through its attorney, Christina M. McCall, Assistant United States Attorney,

20 hereby stipulate and agree as follows:

21         1.      Mr. Berry has been found guilty of one count of converting Social Security

22 benefit funds in violation of 42 U.S.C. § 408(a)(5) and is currently scheduled to be sentenced by

23 the Court on June 11, 2010.

24         2.      Counsel for Mr. Berry has developed an unavoidable conflict on that date

25 and is no longer able to attend the sentencing hearing as currently scheduled.

26         3.      Accordingly, the parties stipulate and respectfully request that the Court

27 order that (i) the sentencing hearing set for June 11, 2010 at 10:00 a.m. be continued until July 9,

28 2010 at 10:00 a.m.; and (ii) the parties' sentencing memoranda be filed on or before July 2, 2010.

4. The U.S. Probation Officer assigned to this matter has been advised of and agrees to continuing the hearing date to July 9, 2010 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: May 18, 2010                     Respectfully submitted,

                                        By:   /s/Patrick D. Robbins
                                              Patrick D. Robbins
                                              Attorney for Defendant Ethan Berry

Dated: May 18, 2010                     Respectfully submitted,

                                        By:   /s/Christina M. McCall*
                                              Christina M. McCall
                                              Assistant United States Attorney

ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the sentencing hearing set for June 11, 2010, is continued until July 9, 2010 at 10:00 a.m. and the parties' sentencing memoranda are to be filed on or before July 2, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June  1, 2010
                                        THE HONORABLE D. LOWELL JENSEN
                                        United States District Court Judge

\*   Attestation: Per General Order 45, Section X.B, I hereby attest that I have obtained written concurrence from Ms. McCall with regard to the filing of this document.

                                          /s/Patrick D. Robbins
                                          Patrick D. Robbins