United States of America, )
)
        Plaintiff, )
)
  v. )
) No. CR—08-0233 DLJ
Ethan Berry, )
) **ORDER**
        Defendant. )
_____)

    On December 10, 2009 Defendant Ethan Berry (Berry) was found guilty by a jury of Social Security Fraud. On August 27, 2010, Berry filed a motion for bail pending appeal. On September 10, 2010 this Court held a hearing on the motions. Attorney Christina McCall appeared on behalf of the United States and defendant was represented by Attorney Patrick Robbins.  Having reviewed the papers and having heard oral argument on this matter, the Court finds that defendant has demonstrated good cause in accordance with the requirements of 18 U.S.C. § 3143(b).

     The Court orders therefore that defendant may remain on bail during the pendency of his appeal to the United States Court of Appeals for the Ninth Circuit.  During that time he shall continue to be monitored by the Pretrial Services and shall obey the terms and conditions previously ordered by the Court.  Defendant is not required to surrender to the United States Bureau of Prisons or the United States Marshal Service on or before October 7, 2010 as previously ordered.

IT IS SO ORDERED.

Dated: September 28, 2010    /s/ D. Lowell Jensen
                                            D. Lowell Jensen
                                            United States District Judge

**United States District Court**
For the Northern District of California