1  Patrick D. Robbins (State Bar No. 152288)
   Mikael A. Abye (State Bar No. 233458)
2  SHEARMAN & STERLING LLP
   Four Embarcadero Center, Suite 3800
3  San Francisco, CA 94111-5994
   Telephone:  (415) 616-1100
4  Facsimile:   (415) 616-1199
   Email:   probbins@shearman.com
5           mabye@shearman.com

6
   Attorneys for Defendant Ethan Berry
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,        | Case No. CR-08-00233 DLJ
12 |         Plaintiff,               |
13 |    v.                            | DEFENDANT ETHAN BERRY'S UNOPPOSED
                                        APPLICATION AND ORDER FOR
                                        TEMPORARY DOMESTIC TRAVEL OUTSIDE
14 | ETHAN BERRY,                     | THE NORTHERN DISTRICT OF CALIFORNIA
15 |         Defendant.               |

16

17         Defendant Ethan Berry has been released on bail pending the appeal of his

18 conviction. His request for rehearing *en banc* is currently pending before the Ninth Circuit Court

19 of Appeals. The conditions of Mr. Berry's release prohibit Mr. Berry from traveling outside the

20 Northern District of California. The Court has previously approved out-of-state travel for

21 Mr. Berry. Mr. Berry respectfully requests that the Court again permit him to travel outside the

22 Northern District of California. This request is based on the following:

23         1.      Mr. Berry is a board member of a local chapter of Camp Fire USA Golden

24 Empire Council, which is having a conference scheduled for September 19 through 21, 2012 in

25 Washington, D.C. This is a gathering of youth and their families to help prepare for their futures

26 while teaching civil responsibility, ethics, and team building to become productive citizens who

27 give back to their communities.

28         2.      If granted permission by this Court, Mr. Berry will travel by air to

1  Washington, D.C. on Tuesday, September 18, and will return to Oakland, California on Saturday,
2  September 22.

3        3.    While in Washington, D.C., Mr. Berry will reside at the Marriott Wardman
4  Park Hotel, located at 2660 Woodley Road Northwest, and can be reached locally by telephone at
5  (202) 328-2000.  Mr. Berry will remain in Washington, D.C. during this entire time.

6        4.    United States Pretrial Services Officer Betty Kim has been consulted as to
7  a proposed temporary modification of the terms of Mr. Berry's release to allow Mr. Berry to
8  travel outside the Northern District of California to attend this conference.  Ms. Kim has stated
9  that she does not object, provided that Mr. Berry provide her with a detailed itinerary, including
10 his flight information, place of stay, and contact number.

11       5.    Mr. Berry's counsel, Patrick Robbins, contacted Assistant U.S. Attorney
12 Christina McCall concerning this request.  Ms. McCall advised Mr. Robbins that the government
13 does not oppose the request.

14       Accordingly, Mr. Berry respectfully requests that the terms of his release bond be
15 modified temporarily to permit the requested travel.  Mr. Berry will continue to observe all other
16 terms of his release while in Washington, D.C.

17

18 Dated:  September 10, 2012               Respectfully submitted,

19                                             By:     /s/
20                                                   Patrick D. Robbins
                                                  Attorney for Defendant Ethan Berry

21
22
23
24
25
26
27
28

**ORDER**

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED that Defendant Ethan Berry's conditions of release are hereby temporarily modified to permit him to travel outside of the Northern District of California consistent with the terms and conditions set forth above.

**IT IS SO ORDERED.**

Dated: _September 10, 2012

Honorable Donna M. Ryu
United States Magistrate Judge