1  Patrick D. Robbins (State Bar No. 152288)
   Mikael A. Abye (State Bar No. 233458)
2  Jason B. Allen (State Bar No. 251759)
   SHEARMAN & STERLING LLP
3  Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111-5994
4  Telephone:     (415) 616-1100
   Facsimile:     (415) 616-1199
5  Email:         probbins@shearman.com
                  mabye@shearman.com
6                 jallen@shearman.com

7  Attorneys for Defendant Ethan Berry

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              Case No.  CR-08-00233 DLJ

13                  Plaintiff,

14             v.                          STIPULATION AND [] ORDER
                                           REGARDING DATE OF SURRENDER
15  ETHAN BERRY,

16                  Defendant.

17

18       This Stipulation is entered into by and among Defendant Ethan Berry and Plaintiff United

19  States of America, through their respective attorneys of record.

20       WHEREAS, on December 11, 2009, a jury found Mr. Berry guilty of Social Security

21  fraud in violation of 42 U.S.C. § 408(a)(5);

22       WHEREAS, on July 9, 2010, this Court sentenced Mr. Berry to a term of four months of

23  imprisonment, to be followed by three years of supervised release, and imposed a $100 special

24  assessment and $53,541 restitution;

25

26       WHEREAS, on July 26, 2010, Mr. Berry filed a timely notice of appeal to the United

27  States Court of Appeals for the Ninth Circuit;

28

STIP & [] ORDER RE                                    Case No.  CR-08-00233 DLJ
DATE OF SURRENDER                                                     304929

1    WHEREAS, by order of this Court, Mr. Berry has remained out of custody and in

2    compliance with his Pretrial conditions pending determination of his appeal;

3    WHEREAS, on June 12, 2012, the Ninth Circuit entered judgment affirming Mr. Berry's

4    conviction;

5

6    WHEREAS, on November 21, 2012, the Ninth Circuit denied Mr. Berry's petition for en

7    banc consideration;

8    WHEREAS, on November 30, 2012, the Ninth Circuit issued the formal mandate taking

9    into effect its judgment of June 12, 2012;

10   WHEREAS, on December 11, 2012, this Court issued an order that Mr. Berry surrender

11   to the United States Bureau of Prisons ("BOP") or to the United States Marshal Service on or

12   before January 7, 2013;

13

14   WHEREAS, the Parties have met and conferred regarding Mr. Berry's date of surrender,

15   in which defendant submitted that if Mr. Berry surrenders prior to his designation to a BOP

16   facility, he is likely to be housed at Alameda County Jail rather than in a BOP facility for some or

17   all of his four-month sentence;

18   THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, with the Court's

19   permission, that the deadline by which Mr. Berry must surrender to the BOP or to the United

20   States Marshal Service be extended forty-five (45) days from the current date of January 7, 2013,

21   to and including February 21, 2013.

22

23

24

25

26

27

28

STIP & [] ORDER RE                                    2                    CASE NO.  CR-08-00233 DLJ
DATE OF SURRENDER                                                          304929

1    Respectfully submitted,

2
Dated:    December 21, 2012                    MELINDA HAAG
3                                              United States Attorney

4
                                                     /s/ Christina McCall
5                                              Christina McCall
                                               Assistant United States Attorney
6

7    Dated:    December 21, 2012               SHEARMAN & STERLING LLP

8
                                                     /s/ Patrick D. Robbins
9                                              Patrick D. Robbins
                                               Attorney for Defendant Ethan Berry
10

11

12

13             **ATTESTATION PURSUANT TO GENERAL ORDER 45**

14        I, Patrick D. Robbins, attest that concurrence in the filing of this document has been

15   obtained from all signatories.

16
Dated:    December 21, 2012                    SHEARMAN & STERLING LLP
17

18                                                   /s/ Patrick D. Robbins
                                               Patrick D. Robbins
19                                             Attorney for Defendant Ethan Berry

20

21

22

23

24

25

26

27

28

STIP & [] ORDER RE                      3          CASE NO.  CR-08-00233 DLJ
DATE OF SURRENDER                                                    304929

1

**[] ORDER**

2          For the reasons set forth above, and based on counsel's representations, IT IS HEREBY

3  ORDERED that the deadline by which Mr. Berry must surrender to the United States Bureau of

4  Prisons or to the United States Marshal Service is extended forty-five (45) days from the current

5  date of January 7, 2013, to and including **February 21, 2013**.

6

7  **IT IS SO ORDERED.**

8  Dated: ~~FEB~~ _____, 2015

9                                              Honorable D. Lowell Jensen
                                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIP & [] ORDER RE                              4              CASE NO.  CR-08-00233 DLJ
DATE OF SURRENDER                                                          304929