IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ETHAN ALLEN BERRY,<br><br>  Defendant. | No. 08-cr-0233-YGR<br><br>**ORDER MODIFYING TERMS OF SUPERVISED RELEASE** |

On March 6, 2014 a supervised release violation hearing was held in the above entitled action. Mikael Abye appeared for the defendant and the government was represented by Christina McCall.  The Defendant admitted Charge One of the Amended Petition filed on January 23, 2014.  The Government's Motion to Dismiss Charge Two of the Amended Petition was granted.   The Court found that there had been a violation of Supervised Release and MODIFIED the Conditions of Supervised Release as follows:

The defendant shall consent to be monitored by the form of location monitoring for a period of 30 days indicated below and shall abide by all of the requirements established by the probation office related to the use of this location monitoring technology. The participant shall pay all or part of the cost of participation in the location monitoring program, based on their ability to pay as directed by the probation officer.

• Location monitoring technology at the discretion of the probation officer

   The defendant is restricted to his residence at all times except for employment; education; medical, substance abuse or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities as pre-approved by the probation officer.

The Defendant is to continue with the present term of supervised release with all the previously imposed conditions.   A Status re: Supervised Release Violation is set for Thursday, 4/3/14 at the specially set time of 11:00am.

IT IS SO ORDERED.

**Dated**: March 11, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**